FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
25 AUG 18 PM 4:55

Helen Eson Yearby, auditor, Business Center Prophetic

KPMG, LLP

Calling Member Business Network
Amazon
Amazon Air from Atlas Air
Sphere
Celton
Target
BRBNB
FLIX
Netflix
5 below
Ross
Wholefoods
Various manufacturing
    Calcus example

Prophetic business

. Iyt
Uber

Mackin LLP → CBIZ

June Bblul coercion cluster to assert, coerce to future men, error Reccion Petaluma for Nonparticipation etc.

18121 S Hampden Ave 1272
Aurora CO 80013

## INFORMATION AND INSTRUCTIONS FOR FILING
## A SOCIAL SECURITY SUIT IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Introduction**

Attached are the forms you must complete and return to the court in order to file a civil suit.   Information regarding these forms and instructions for completing the forms are provided below.   Please read all of the instructions carefully before you complete the attached forms. All forms and other papers submitted to the court must bear an original signature and must be typewritten or legibly handwritten.

**Civil Cover Sheet**

You must complete and submit to the court a civil cover sheet (Form JS 44). *See* D.C.COLO.LCivR 3.1. Only the original civil cover sheet is required. Instructions for completing the civil cover sheet appear on the reverse side of the civil cover sheet.

**Summons in a Civil Action**

You do not need to complete and submit a "Summons in a Civil Action" if you are requesting, and the court orders, service of process by the United States Marshals Service. Otherwise, you must complete and submit to the court an original and one copy of the "Summons in a Civil Action" form for each party to be served. The completed summonses will be signed and sealed by the clerk or a deputy clerk and returned to you to serve the complaint yourself.

**Court Fees**

Each complaint must be accompanied by the full $350.00 filing fee plus an additional $55.00 administrative fee, for a total payment of $405.00. The fees may be paid in cash, by money order, by credit card, or by check payable to: Clerk, U.S. District Court. There are no fees for a jury demand, an answer, or other similar papers. A schedule of other fees charged by the court is attached to the Local Rules of Practice for the United States District Court for the District of Colorado. A copy of the Local Rules of Practice is available from the Clerk of the Court or from the court's website.

If you want to proceed without prepayment of fees, you must file on the form provided in this packet an original Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). The required form, including a version that may be downloaded and completed on your computer, also is available on the court's website. Each question in the application must be answered clearly and concisely in the appropriate space on the form. Any information that does not fit in the space provided on the form should be attached to the application, and the attached information should indicate clearly to which question the information pertains. Do not use the full name of minor children listed as dependents on the form. Identify minor children by their initials only. Do not include their date of birth. You must sign the application. You should exercise care to assure that all answers are true, correct, and complete. If there is more than one plaintiff in the civil suit, each plaintiff must complete and submit a separate application seeking leave to proceed without prepayment of fees following these same instructions.

25-cv-01066-RTG    Request to Dispute case

On Business Income
w/ KPMG
LLP

Claim 2019  I was nuclear during instance
when my youngest two sons + I were experiencing
stalking a a male named WAYNE STATE + his
Galaxy runn by which they have been trying trying
me to agree to employ them to transverse/soul swap
of me + others as I don't agree to situince
beautifying men as persons' Know I was long
"God" and no agreement to persons trying to assault
me a get compromization of my birth originality
While to exploiting on me by which I designated
KPMG LLP to receive digitized accounting/laundry
tool/creation and Innovations tracker as accountant
corprove and help a capitalize new innovations. I
on Black, Native American, English descent
none of Baptists nor Catholic yet persons since youth

have been trying to COERCE that I 'be' catholic as none of my ancestry is Catholic persons have been try to COERCE enough one, to me since [illegible] prior to my natural birth. There has been several attempts through fear, intimidations, threats to kill, actual killings, and other criminal acts have Unknown Galaxy person tried to coerce agreement that I agree Satanic men of benevolent assaults to and over me by pretense I agree to entangled nuclear even of themselves to my by which persons are Not my relative nor agreement of me to associate... [illegible] I don't agree to Galaxy persons [illegible] false dimension to / of my body prejudice of themselves spiritually nor vocally and my body as I don't agree to share w/ them, I agree to use of me both abilities as of God" in calling forth into existence myself... of my included body, I am not co-dependent and believe in using substances on an as needed basis, known my body create answers responses as needed, instructing known persons though Galaxy has been actively coercing or nuclear against my health several times try to place aura presence of other psych and me by

Culry unknown along w Same Male WAYNE STATE him talked at me by what they threatened I could not have "Family" unless I agreed to be family to Your Shameless reference by what I said OKAY, but only to her mother because you are hiding who her father is a if fathers And men are not engendrant as they were trying to turn me away/against more as also males that I reached for as a child were believed to be killed @ by which these persons conferee through their illegal nuclear that I ever highest Culry for my loins so they have an entitlement to kill men, as one appeared to be killed by them in 1996-7, Kurt Roberts, I believe the last name was, I had seeded spousal gifts to the means I employed children or estranled spouse of hir + other manges were expected get a Same also known @ of by Khair W. Pearson #94BY, pulises that he wants entitlement @ me singly because Pearsons "mother" is of ancestry of error by which his father is not, Regardless Pearson was already in position to chanh/such associations and persons by belong places male @ me by which, I don't care what the situation maybe, n male has an entitlement @

which I do not agree to alterations +/ of my body as I am born w/ prophecy + not delted to "catholics" or people that are satanic of "benevolent" damon witchcraft etc that comes from their parents lower ancestry... Ceiley wants me to be false biblical chucks of people one against others of their own mutual spiritual duty COERCY that I know them, by which the Bible is cruced by the Spirit of God "/Love, Truth not Malice/hatred,

Since 2019 + @ prior times person through illegal much have been hostile convincing discriminatory claims against Business resources + touted by me, and exploitive duty against my female parts as person's have wanted me to share of my body unethically w/ people who are of deviation/satanic ancestry by which person have to be evident of their own bodies separate from me and of responsibly of this individual sense of then as I am not of ~~agreed to~~ agreement to false expectations of me to assent to anything that is "PARAMETERd."

elementary school, by which said men were coveting constant a me at different times, by which they put used I pray wf convey certain things legacy, humans even types, yet I understood persons us saying that they were knowledgeable concerning legacy, I meant persons to reflect example w teaching me that person placed her body behind/to me, covering connections as on a finals body, and she was remaining spooked as I coveted, I told male that she is not legacy + generates legacy + I don't agree that you can take me to anything I don't believe to speak us onto people bodies like that, requested that male w large even amounts to me... Male sent a spouse to me, and was fertilized in 1992/3 by which male was try to gain access to my loins, where he tried sedations, and force by which males demands is that he and spousal rights q mine to some people by which there is healing g rights g me, he persons benevolents in said ways by which preting that my lust identity is tempting vs. permanent as f have not agreed to give no sale anything q me as persons asked if they could erase manifested abilities q me themselves away from me as I understood @ age 3/4 years old as I said No(!) I will call forth into existence myself...

are legitimate persons seeking mental, spiritual, physical benefitments by which they want illegal controls of my body that I have not agreed to share with them. I was born into the world in the inclusion of prophecy of God I indentifying myself as a 'god' of "God" as a predestation in spiritual people that come before me, as I have the ability to call people banns etc into existence and people have wanted to explaint. Clearly Whitney Houston say "No matter what they take from me" they can't take away my dignity? As being satanic seeds spinal smuce for other people or they offer to soul swap & and they illegally do so wanting forerunner to people not by them...

I am not a benetment & don't agree to share my body with nuclear penust nacists corencing even on me as I called fresh from 1985, person here continue to try & explain me, in various ways especially thinking to pretenese that a satanic can pretend his' or Calvish bible chapter by which mele has a history of incubent benetment torferences of to females loving male isbulent to ist placed himself on me as I am (praying) in my bed or in

Persons auters resourse withemelves to me by they to claim people au my family that Im request evelults to claim a my relation that I due request this means assurutins a me per their claim I think Slary.

I am requesting KPMCLLP needs and involvement in this case, as I descend explanation I found as the frauded Enron, I requested KPMC LLP to have digitized audits needed for future current automation needs from the 80's to date and innovations software to track + develope innovation IDEAs of mine contenting me, by which I requested a "Wecrash trayn" to blocks of manufectry IDEAs innovatins that orgenises from me, as I do not agree to work of any labu for free from 1206 Dino, 2090 water, Celcuis, Bucks Amms, Flexbus purchse of grebard I requested, Netflix to Aubnts to Wholefoods, Amson Air from Atlas Cein, as my sins busy nome is Atlas, illegal scibings was noted as explustins

have continued as I required compliance to me against unknown men wanting to join people to me, I didn't feel appropriate to be join people, as I began to join since myself by which perm want me to be by this I duty by which also coercing that I might unknown belong even for a little time (Christianstein), by which they keep coercing they want me to be a sacrifice??? How does [strikethrough] [strikethrough] anyone/some make trillions of dollars off a black woman then preform that want be assemble for different people as they try to describe @ me want me to extend my body to "immortolens" of other people Saturn ancestries by which they want Blacks to be, clonningized as [strikethrough] person, or crynt by being called a butch so a saturn is supposed to have legality to place his saturn lows @ me or preperatory of this daemon to my body claiming he want to ever my body etc...

So key full compensation of all persons of them...

List will be filed tomorrow...

[Signature]